MARC A. PILOTIN
Regional Solicitor
LAURA BREMER
Counsel for ERISA
NATASHA MAGNESS (WA. Bar No. 55920)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
909 1st Ave., Suite 230
Seattle, WA 98104
Telephone: (202) 961-7446
Magness.Natasha.A@dol.gov
*Attorneys for Petitioner Lori Chavez-DeRemer, Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORI CHAVEZ-DEREMER, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Petitioner,<br><br>v.<br><br>WAVE DESIGN GROUP, LLC, and HARVEY PRICKETT<br><br>Respondents. | Case No. 4:24-cv-5150<br><br>**NOTICE AND PROPOSED ORDER GRANTING WITHDRAWAL OF ATTORNEY** |

 Notice is hereby given that, subject to approval by the court, Counsel for ERISA Laura Bremer withdraws as counsel of record for the U.S. Secretary of Labor as of June 2, 2025.

 Regional Solicitor Marc A. Pilotin and Trial Attorney Natasha Magness, attorneys in the San Francisco Regional Office, will continue to represent the Plaintiff.

 Accompanying this notice is the proposed order that will be submitted to this Court in Word via-email.


//

                                                                            Respectfully submitted,

Dated: May 29, 2025                     JONATHAN L. SNARE
                                                Acting Solicitor of Labor

                                                MARC A. PILOTIN
                                                Regional Solicitor

                                                NATASHA MAGNESS
                                                Trial Attorney

                                                <u>/s/ Laura Bremer</u>
                                                LAURA BREMER
                                                Counsel for ERISA

                                                *Attorneys for Petitioner Lori Chavez-DeRemer, United States Secretary of Labor*

The withdrawal of attorney is hereby APPROVED and so ORDERED.

Dated: _____, 2025

                                          _____
                                                   MARY K. DIMKE
                                       UNITED STATES DISTRICT JUDGE